**Order filed, February 22, 2018.**



In The

# Fourteenth Court of Appeals

———————————

**NO. 14-17-00708-CV**

———————————

**FORUM US, INC., Appellant**

**V.**

**JEFFREY MUSSELWHITE, AUDIE ROMERO, ANTELOPE OIL TOOL & MFG. CO., LLC, INTERVALE CAPITAL, LLC, HKM CONSULTING, LLC AND WEARSOX, L.P., Appellees**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-60075**

## ORDER

The reporter's record in this case was due November 27, 2017. *See* Tex. R. App. P. 35.1. We granted a request for extension to file the record through December 22, 2017. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM